UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                              )          BK No.:   22-07744
Mitchell Litrofsky                  )
                                    )
                                    )          Chapter:  13
                                    )
                                    )          Honorable A. Benjamin Goldgar
                                    )
                                    )          Lake County
              Debtor(s)             )

**ORDER ALLOWING CHAPTER 13 COMPENSATION UNDER**
**COURT-APPROVED RETENTION AGREEMENT**
**(USE FOR CASES FILED ON OR AFTER APRIL 20, 2015)**

On the application of debtor(s)' counsel for compensation for representing the debtor(s) in this case and pursuant to the Court-Approved Retention Agreement executed by debtor(s) and counsel,  the court grants the application based on its finding that the allowance is reasonable

| | |
|---|---|
| $0.00 | for legal services through confirmation of the plan. |
| $4,500.00 | for legal services through conclusion of the case. |
| $0.00 | for legal services after confirmation of the plan. |
| $0.00 | for reimbursable expenses. |
| $4,500.00 | **total fees and reimbursement allowed.** |
| $ -1,000.00 | less payment received from debtor prior to date of application. |
| $3,500.00 | **balance allowed under this order.** |

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  October 28, 2022

**Fees Payable to:**

Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602