| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Mitchell Litrofsky |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 22-07744 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Fifth Third Bank, National Association          **Court claim no.** (if known):  9-1

**Last 4 digits** of any number you use to identify the debtor's account:  1450

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes  Date of the last notice:

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) $ | |
| 2. | Non-sufficient funds (NSF) fees | | (2) $ | |
| 3. | Attorney fees | 10/28/2022 - 3rd Confirmation Hearing | (3) $ | 162.00 |
| 4. | Filing fees and court costs | 09/12/2022 | (4) $ | 45.00 |
| 5. | Bankruptcy/Proof of claim fees | 08/31/2022 - $300.00 - POC 410; 08/31/2022 - $350.00 - POC 410A | (5) $ | 650.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) $ | |
| 7. | Property inspection fees | | (7) $ | |
| 8. | Tax advances (non-escrow) | | (8) $ | |
| 9. | Insurance advances (non-escrow) | | (9) $ | |
| 10. | Property preservation expenses.  Specify: | | (10) $ | |
| 11. | Other.  Specify: Plan Review | 07/18/2022 | (11) $ | 300.00 |
| 12. | Other.  Specify: | | (12) $ | |
| 13. | Other.  Specify: | | (13) $ | |
| 14. | Other.  Specify: | | (14) $ | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Mitchell Litrofsky | Case number (*if known*) | 22-07744 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and sate your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Nisha B. Parikh                                          Date    12/06/2022
   Signature

Print:    Nisha B. Parikh                                       Title    Attorney for Creditor

Company:  Diaz Anselmo & Associates, LLC

Address:  1771 West Diehl Road, Suite 120
          Number    Street
          Naperville            IL            60563
          City                  State         Zip Code

Contact phone    (630) 453-6960              Email    ILBankruptcy@dallegal.com

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 22-07744 |
| Mitchell Litrofsky | CHAPTER 13 |
| Debtor(s). | JUDGE A. Benjamin Goldgar |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2022, a true and correct copy of the foregoing "Notice of Postpetition Mortgage Fees, Expenses, and Charges" was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Justin R. Storer, Debtor's Counsel

    Glenn B Stearns, Trustee

    Patrick S Layng, U.S. Trustee

And by regular US Mail, postage pre-paid on:

    Mitchell Litrofsky, 1250 Breckenridge Court, Lake Forest, IL 60045

                                                             /s/ Tina Kehoe

Diaz Anselmo & Associates LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
ILbankruptcy@dallegal.com
Firm File Number: B22070011